UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher MITCHELL, a/k/a Hassan Jones, a/k/a Q Ili–Yaas Haakeem Farrakhan–Muhammad, Defendant–Appellant.

No. 13–6933.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Christopher Mitchell, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Candace Haley Bunn, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mitchell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mitchell,* No. 2:90–cr–00020–2 (S.D.W.Va. May 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*